**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER BOX,

Petitioner,

v.

RON DAVIS, Warden of San Quentin State Prison,

Respondent.

Case No.: 04CV0619-AJB-RBB

**ORDER TO LODGE COPY OF VOLUME 4 OF REPORTER'S TRANSCRIPT**

The Court is unable to locate Trial Volume 4 of the Reporter's Transcript from Petitioner's trial, pages 440-571. The Court requests that Respondent lodge a copy of that transcript.

**IT IS SO ORDERED.**

Dated: April 12, 2018

Hon. Anthony J. Battaglia
United States District Judge