# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOX,<br><br>                    Petitioner,<br><br>v.<br><br>JAMES HILL, Warden,<br><br>                    Respondent. | Case No.:  04cv0619-AJB (AHG)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

In a "Notice of Appearance" filed on March 21, 2025, Respondent indicates that "Chance Andes assumed the role of Warden at the San Quentin Rehabilitation Center (formerly known as San Quentin State Prison) in December 2024." (ECF No. 260.) When the instant capital habeas corpus action was commenced, Petitioner was incarcerated at San Quentin State Prison and named T.P. Goughnour, who was at that time Acting Warden of San Quentin State Prison, as Respondent. (*See* ECF No. 1.) The name of Respondent has changed several times since commencement of this action. (*See docket generally*.) However, it has come to the Court's attention that Petitioner is no longer incarcerated at San Quentin State Prison and is instead now incarcerated at Richard J. Donovan Correctional Facility. (*See* CDCR California Incarcerated Records and Information Search at https://ciris.mt.cdcr.ca.gov/details?cdcrNumber=E87900, last visited March 25, 2025); *see* Fed. R. Evid. 201(b) ("The court may judicially notice a fact that is not subject to

reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.")

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; R. 2(a), Rules Governing Section 2254 Cases (2019). Because Petitioner's place of custody has now changed, so has the Respondent to this action. In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases, the Court *sua sponte* orders the substitution of James Hill, Warden of Richard J. Donovan Correctional Facility, as Respondent in place of Warden Ronald Davis. *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996), citing R. 2(a), Rules Governing Section 2254 Cases (2019); (*see also* https://www.cdcr.ca.gov/facility-locator/rjd/) (reflecting James Hill serves as Warden of Richard J. Donovan Correctional Facility).

The Court **HEREBY ORDERS** the substitution of James Hill, Warden as Respondent in place of "Ronald Davis." The Clerk of the Court will modify the docket to reflect "James Hill, Warden" in place of the former respondent and **FURTHER DIRECTS** the Clerk to modify the docket to reflect Petitioner's current place of incarceration.

**IT IS SO ORDERED.**

Dated: March 26, 2025

Hon. Anthony J. Battaglia
United States District Judge