**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BOX, Petitioner, v. JAMES HILL, Warden of Richard J. Donovan Correctional Facility, Respondent. | Case No.: 04-cv-00619-AJB-AHG<br>*DEATH PENALTY CASE*<br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

On November 5, 2026, the Governor of California issued a letter "decid[ing] to exercise [his] constitutional clemency authority to commute all California death sentences to life without the possibility of parole." CAL. OFF. OF GOVERNOR, OPEN LETTER REGARDING COMMUTATION OF ALL DEATH SENTENCES (Nov. 5, 2026).[1] "Subject to application procedures provided by statute, the Governor, on conditions the Governor deems proper, may grant a reprieve, pardon, and commutation, after sentence, except in case of impeachment." CAL. CONST. art. V, § 8(a). However, "[t]he Governor may not grant

[1] Accessible at https://www.gov.ca.gov/wp-content/uploads/2026/11/2026-11-5-26-GGN-Open-Letter-FINAL.pdf [https://perma.cc/WT9A-S3AV].

a pardon or commutation to a person twice convicted of a felony except on recommendation of the Supreme Court, 4 judges concurring." CAL. CONST. art. V, § 8(a); *see also Green v. Super. Ct. in & for L.A. Cnty.*, 2 Cal. 2d 1, 2–3 (1934); *People v. Hart*, 20 Cal. 4th 546, 656 n.44 (1999), *as modified* (July 21, 1999).

In light of the Governor's letter, the Court **DIRECTS** the parties to confer and file a joint status report **no later than November 19, 2026**. The joint status report must address what impact this recent development has on (1) the pending federal habeas petition and (2) the continued appointment and current and/or future funding of counsel for Petitioner in view of the provisions of both 18 U.S.C. § 3599 and 18 U.S.C. § 3006A.

**IT IS SO ORDERED.**

Dated: November 6, 2026

Hon. Anthony J. Battaglia
United States District Judge