**KNUT S. JOHNSON**
California Bar No. 125725
110 W. "A" Street, Ste. 1075
San Diego, CA 92101
(619) 602-0277

**REBECCA P. JONES**
California Bar No. 163313
3549 Camino del Rio South, Suite D
San Diego, CA 92108
(619) 549-2392

Attorneys for Petitioner BOX

**ROB BONTA**
Attorney General of California
Kristine A. Gutierrez
Supervising Deputy Attorney General
Britton B. Lacy
Deputy Attorney General
State Bar No. 265568
Office of the Attorney General
600 W. Broadway, Suite 1800
San Diego, CA 92101-5266
(619) 738-9119

Attorneys for Respondent HILL

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER BOX,

Petitioner,

v.

JAMES HILL, Warden of Richard J. Donovan Correctional Facility,

Respondent.

Civil Case No. 04cv0619-AJB (AHG)

**DEATH PENALTY CASE**

**JOINT STATUS REPORT REGARDING GOVERNOR'S NOTICE OF INTENT TO GRANT CLEMENCY**

On November 5, 2026, Governor Newsom announced his intention to grant clemency to all death-sentenced prisoners in California, including petitioner Christopher Box. The Governor has stated that he will not proceed with a grant of commutation to any individuals with death sentences, including those with single-felony convictions, until the California Supreme Court acts on the Governor's request for its recommendation, assuming the Court acts before the end of the year. (See *Friend v. Newsom* (S299690), Letter filed Nov. 17, 2026.) On November 6, this Court issued an order that the parties file a joint status report setting forth their positions on how clemency affects the pending federal habeas petition and Mr. Box's entitlement to appointed counsel to litigate that petition. [Docket 276.]

On November 16, the Criminal Justice Legal Foundation filed a petition for writ of mandate in the California Supreme Court, asking the court to find that

Governor Newsom did not have the legal authority to grant mass clemency and that the procedures he has used to try to issue such a grant are flawed. *Friend v. Newsom*, Case No. S299690. Also on November 16, the California Supreme Court set a briefing schedule for opposition to the writ, which requires that an opposition be filed by November 25, 2026, and that any response be filed by December 4, 2026.

Accordingly, the parties respectfully ask this Court to defer any compliance with its November 6 order until 15 days after the California Supreme Court's ruling in *Request Re: Commutation of Death Sentences* (S299513) or until January 15, 2027, whichever is later.

Date: November 19, 2026 Respectfully submitted,

By: /s/ Rebecca P. Jones
KNUT S. JOHNSON
REBECCA P. JONES
Attorneys for Petitioner BOX

/s/ Britton Lacy
ROB BONTA
Attorney General of California
Kristine A. Gutierrez
Supervising Deputy Attorney General
Britton B. Lacy
Deputy Attorney General
State Bar No. 265568
Attorneys for Respondent HILL

*Box v. Hill*
Case No. 04cv0619-AJB (AHG)

## CERTIFICATE OF SERVICE BY MAIL

I, Rebecca P. Jones, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States and am employed in the City and County of San Diego. I am over the age of eighteen years and not a party to the within action; my business address is 3549 Camino del Rio South, Suite D, San Diego, California 92108.

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on November 19, 2026.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Christopher Box
E-87900
RJ Donovan State Prison
480 Alta Road
San Diego, CA 92179

Executed on this 19th day of November, 2026, at San Diego, California.

/s/ Rebecca P. Jones
Rebecca P. Jones