**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER BOX,
Petitioner,
v.
JAMES HILL, Warden of Richard J. Donovan Correctional Facility,
Respondent.

Case No.: 04-cv-00619-AJB-AHG

*DEATH PENALTY CASE*

**ORDER EXTENDING DEADLINE FOR PARTIES TO FILE JOINT STATUS REPORT**

In light of the legal challenges to the Governor's commutations, the Court **EXTENDS** the deadline for the parties to file a joint status report to **either 15 days after the California Supreme Court issues a ruling in *Request Re: Commutation of Death Sentences* (S299513) or until January 15, 2027, whichever is later**. The joint status report must address what impact this recent development has on (1) the pending federal habeas petition and (2) the continued appointment and current and/or future funding of counsel for Petitioner in view of the provisions of both 18 U.S.C. § 3599 and 18 U.S.C. § 3006A.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Hon. Anthony J. Battaglia
United States District Judge